UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK ROSSI, an individual

       Plaintiff,

v.                                  Case No:   2:15-cv-180-FtM-29MRM

GARY BILLMYRE,

       Defendant.

| Judge: | Mac R. McCoy | Counsel for Plaintiff | Bradley William Butcher |
|---|---|---|---|
| Deputy Clerk: | Jackie Clay | Counsel for Defendant: | No one present |
| Court Reporter | Digital | Interpreter | N/A |
| Date/Time | March 25, 2019 10:007 AM-10:13 AM | Total Time | 6 Minutes |

### Motion Hearing/Show Cause Hearing

Court was brought up to speed about outstanding discovery by Plaintiff's Counsel. Mr. Billmyre did not appear for today's hearing. Attorney for the plaintiff proffered to the court that Mr. Billmyers was noticed by mail and verbally about the hearing. After hearing from counsel, the Court will continue the outstanding motion for contempt and the show cause hearing will be set again in 30 days by separate notice.  Plaintiff has no objection to the continuance.