# Gary Billmyre

9466 Greenleigh Court

Naples, Florida 34120

239-253-7742

### DEFENDANT'S RESPONSE to ORDER to SHOW CAUSE

Case Name: Rossi v. Billmyre

Case Number: Case No. 2:15-CV-00180-FtM-MRM

Please accept the following letter in response to questions received.

1. Why has failed to respond to Interrogatories and Request for production.
   a. Answer: After finally receiving and going through requests. Most documents do not exist anymore or simply do not have. Have moved multiple times and many things simply have been lost or destroyed.
2. Failed to comply with Courts Orders, dated: November 14, 2017 and June 4, 2018.
   a. Answer: Had not seen the paper work requesting and ordering.
3. Failed to appear at March 25, 2019.
   a. Answer: I was out of town that week and also did not realize I had been ordered to attend. Mistakenly may have thought that since I am making payments would address the issue, I was wrong, my mistake.
4. I will be in attendance of April 22, 2019 hearing.

Submitted by:

_____   4/7/19
Gary Billmyre                Date