UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK ROSSI, an individual,

    Plaintiff,

v.                                  Case No.:   2:15-cv-180-FtM-29MRM

GARY BILLMYRE,

    Defendant.

| **Judge:** | Mac R. McCoy | **Counsel for Plaintiff** | Bradley William Butcher |
|---|---|---|---|
| **Deputy Clerk:** | Jackie Clay | **Counsel for Defendant:** | Gary Billmyre |
| **Court Reporter** | Digital | **Interpreter** | N/A |
| **Date/Time** | April 22, 2019<br>09:07 AM-09:12 AM<br>10:36 AM-10:46 AM | **Total Time** | 15 Minutes |

**Show Cause Hearing/Motion of Contempt**

**Court convened on Plaintiff's motion hearing and order to show cause hearing that was set by the Court.  The 9am hearing was set incorrectly, and Mr. Billmyre was not present. Plaintiff's counsel indicated that he had communication with Mr. Billmyer in regard to the hearing time and the documents that are outstanding.  Mr. Billmyer indicated he would be at the hearing.  The Court took a recess until the 10:30 hearing to give Mr. Billmyer a chance to appear.  At the 10:30 hearing, Mr. Billmyer was present.  The court concluded that Mr. Billymyer will have until May 6, 2019, to produce all outstanding documents and requests.  Mr. Billmyers was advised by the Court that if he did not produce these items that sanctions could be held against him.**

**The Court will set the continued matter again on May 13, 2019 at 10:30.  The Court would like a joint notice filed by May 9, 2019, informing the Court of the status of the outstanding discovery that is due by May 6, 2019.**