UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**PATRICK ROSSI,** an individual;

                **PLAINTIFF**,

v.

**GARY BILLMYRE,** an individual;

                Defendant.

CIVIL ACTION

Case No. 2:15-cv-00180-FtM-MRM

Judge: John E. Steele

Mag. Judge: Mac R. McCoy

### JOINT NOTICE OF DEFENDANT'S COMPLAINCE AND JOINT MOTION TO ABATE PROCEEDINGS

**NOW COME**, Plaintiff, **PATRICK ROSSI** ("Plaintiff"), by and through his undersigned counsel, and Defendant, **GARY BILLMYRE** and file the instant Joint Notice of Defendant's Compliance with the Court's April 22, 2019 Order [Docket 82] and Joint Motion to Abate Furthers Proceedings. The Parties advise the Court as follows with respect to the Defendant's Compliance and their Joint Motion:

1. On May 2, 2019, Defendant Billmyre responded to Plaintiff's post-judgment interrogatories and request for production by providing Plaintiff's counsel with handwritten and signed responses to Plaintiff's Interrogatories along with a handwritten response to Plaintiff's request for Production with accompanying documents. Defendant Billmyre subsequently provided signed and notarized responses to the Interrogatories to Plaintiff's counsel.

2. On May 9, 2018, the parties entered into a Forbearance and Repayment Agreement whereby the Defendant agreed to make installment payments to the Plaintiff on the outstanding Judgment in exchange for Plaintiff's agreement to forebear and refrain

1

from further enforcement action in the above-captioned matter.

3. In connection with the Forbearance and Repayment Agreement, the Defendant has agreed to reimburse the Plaintiff for his post-judgment fees and costs incurred in obtaining Defendant's compliance with Plaintiff's post-judgment discovery in aid of execution and with respect to proceedings in connection with the Plaintiff's pending Motion for Order to Show Cause (Doc. 59) and Motion for Civil Contempt (Doc. 64).

4. In the event of a default in the Forbearance and Repayment Agreement, the Defendant has consented to the entry of a Supplementary Judgment in favor of the Plaintiff for the amount of Plaintiff's post-judgment attorney's fees and costs.

5. The Plaintiff is satisfied with the Defendant's responses to discovery in aid of execution and the Plaintiff respectfully suggests that the Defendant's agreement to pay Plaintiff's post-judgement attorney's fees and costs may be an adequate remedy with respect to the pending Motions in light of Defendant's compliance.

6. In recognition of the foregoing, the parties would respectfully request that the Court abate further proceedings on the Plaintiff's pending Motion for Order to Show Cause (Doc. 59) and Motion for Civil Contempt (Doc. 64) with the Court retaining jurisdiction to enforce the Forbearance and Repayment Agreement and the underlying judgments in further supplementary proceedings in the event of a default in the Forbearance and Repayment Agreement.

**WHEREFORE**, the Plaintiff, **PATRICK ROSSI** and the Defendant, **GARY BILLMYRE**, respectfully submit the foregoing status report upon the Defendant's compliance and request that this Court abate further proceedings on the Plaintiff's pending Motion for Order to Show Cause (Doc. 59) and Motion for Civil Contempt (Doc.

64) with the Court retaining jurisdiction to enforce the Forbearance and Repayment Agreement and the underlying judgments in further supplementary proceedings in the event of a default in the Forbearance and Repayment Agreement.

Respectfully submitted,

| | |
|---|---|
| **/s/Bradley W. Butcher, Esq.** | **/s/Gary Billmyre** |
| Bradley W. Butcher  FBN 0020045 | Gary Billmyre |
| Tylan T. Ricketts     FBN 1010387 | 9466 Greenleigh Court |
| Counsel for Plaintiff | Naples, FL 34120-5262 |
| Butcher & Associates, P.L. | Telephone: (239) 253-7742 |
| 6830 Porto Fino Circle, Suite 2 | gbillmyre@aol.com |
| Fort Myers, Florida 33912 | |
| Telephone:   (239) 322-1650 | |
| Fax:              (239) 322-1663 | |
| Primary:       ecf@b-a-law.com | |
| Secondary:   bwb@b-a-law.com | |
| Tertiary:       ttr@b-a-law.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  I further certify that I served the foregoing document and the notice of filing by First Class U.S. Mail to the following non-CM/ECF participants:

Gary Billmyre
9466 Greenleigh Court
Naples, FL 34120-5262


Dated: May 9, 2019                             **/s/Tylan T. Ricketts**
                                               Bradley W. Butcher
                                               Florida Bar No. 0020045
                                               Tylan T. Ricketts
                                               Florida Bar No. 1010387
                                               Counsel for Plaintiff
                                               Butcher & Associates, P.L.
                                               6830 Porto Fino Circle, Suite 2
                                               Fort Myers, Florida 33912
                                               Telephone: (239) 322-1650
                                               Fax: (239) 322-1663
                                               Primary:    ecf@b-a-law.com
                                               Secondary:  bwb@b-a-law.com