# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Patrick Rossi | **COURT CASE NUMBER** 2:15-cv-00180-FtM-MRM |
| **DEFENDANT** Gary Billmyre | **TYPE OF PROCESS** Writ of Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank, NA
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1530 Heitman Street, Fort Myers, FL 33901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Butcher & Associates, PL
6830 Porto Fino Circle, Suite 2
Fort Myers, FL 33912

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (239) 322-1651
DATE: 5/6/2020

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin No.: 18
District to Serve No.: 18
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 5/8/2020

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

Name and title of individual served (if not shown above): N/A
Address (complete only different than shown above): N/A
Date: 7/22/2020   Time: 11:00 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 0 | 0 | $65.00 | | |

**REMARKS**

1ST ENDEAVOR 5/18/2020 @ 1630. BANK CLOSED DUE TO COVID-19. NO PHONE NUMBERS LISTED ON FRONT DOOR ANSWERED  1 DUSM x $65.00/HR = $65.00

2ND ENDEAVOR 7/22/2020 SERVED IN PERSON

[Stamps: RECEIVED U.S. MARSHAL MIDDLE DIST. OF FLORIDA FORT MYERS 2020 MAY -8 AM 7:11; FILED CLERK, US DISTRICT COURT MIDDLE DISTRICT FORT MYERS FLORIDA 2020 JUL 29 PM 1:43]

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18