UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:15-CV-00180-FTM-MRM

PATRICK ROSSI, AN INDIVIDUAL,

    Plaintiff,

v.

GARY BILLMYRE, AN INDIVIDUAL,

    Defendant,

v.

WELLS FARGO BANK, N.A.,

    Garnishee.

_____/

ANSWER OF GARNISHEE
AND
DEMAND FOR GARNISHMENT FEE

    COMES NOW Garnishee, Wells Fargo Bank, N.A., successor in interest to Wachovia Bank, N.A., by and through its undersigned attorneys, and answers the Writ of Garnishment served herein on it and says:

    1.    At the time of service of said Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ), and at the time of this Answer, and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B, Chapter II, Subchapter A, Part 212, Code of Federal Regulations, **if any**, the **Garnishee was not indebted to Defendant(s)**, "Gary Billmyre".

    2.    Except as provided in paragraph 1, the Garnishee has no other deposit, account or tangible or intangible personal property of Defendant(s) in its possession or control at the time of this Answer, and knows of no other person indebted to the Defendant(s) or who may have any of the effects of the Defendant(s).

38132220

3.      The Garnishee has retained the law firm of Marks Gray, P.A. to represent it in this matter and requests that it be paid its attorney's fees and costs as allowed by Florida Statute Section 77.28.

### DEMAND FOR GARNISHMENT FEE

The Plaintiff/Plaintiff's Counsel shall pay to the undersigned Law Firm the $100.00 partial attorney's fee for issuance of the garnishment Writ in the above-style cause pursuant to Section 77.28, *Florida Statutes*, as amended effective July 1, 2014.

### DESIGNATION OF EMAIL ADDRESSES

Counsel for Garnishee, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, hereby designates the following primary and secondary email addresses for service of court documents: Primary email address: jkent@marksgray.com; Secondary email address: tsing@marksgray.com.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY (1) that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the first name on the attached Service List and (2) that copy hereof has been furnished to the email or mail addresses listed on the attached Service List by email or mail on August 3, 2020.

MARKS GRAY, P.A.

By /s/ John B. Kent
John B. Kent
Florida Bar No. 042442
P.O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

### SERVICE LIST

Bradley W. Butcher, Esq.
(bwb@b-a-law.com)

38132220

# WELLS FARGO BANK, N.A.

To all Plaintiffs/ Plaintiffs' Attorneys/ Creditors/ Creditors' Attorneys causing the Issuance of a Writ of Garnishment in the State of Florida:

    Re: Payment of the $100 Statutory Deposit
        to Garnishee for its Attorneys Fee

Ladies / Gentlemen:

    We hereby make Demand for, and Direct all Plaintiffs/ Plaintiffs' Attorneys/ Creditors/ Creditors' Attorneys causing the Issuance of a Writ of Garnishment in the State of Florida, to pay directly to our attorneys the $100.00 deposit for the payment or partial payment of Garnishee's attorneys' fees "Upon issuance of any writ of garnishment", which, pursuant to Chapter 77, Florida Statutes, as amended as of July 1, 2014, is due to Wells Fargo Bank, N.A., as Garnishee, based on its demand therefor.

Our attorney's address is:

    John B. Kent, Esquire
    Marks Gray, P.A.
    1200 Riverplace Boulevard, Suite 800
    Jacksonville, Florida  32207

    Taxpayer Identification Number: 59-1514046

We appreciate your cooperation.

                            Sincerely yours,

                            Erica Cook
                            Legal Order Processing Department
                            Wells Fargo Bank, N.A.

Please reference the Wells Fargo Bank File Number shown on the bottom left corner of the Garnishee's Answer on the memo portion of the Check. Thank you!